UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _76_ D.C.

05 OCT 25 PM 3: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JIM L. TOWNSEND

v.

PAUL G. SUMMERS, et al.

JUDGMENT IN A CIVIL CASE

CASE NO: 05-2508-D

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on October 13, 2005, this cause is hereby dismissed.

APPROVED:

BERNICE B. DONALD
UNITED STATES DISTRICT COURT

October 25, 2005
Date

THOMAS M. GOULD

Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10/25/05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02508 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

Jim L. Towsend
FCI-MEMPHIS
13003-076
P.O. Box 34550
Memphis, TN 38184

Honorable Bernice Donald
US DISTRICT COURT